INGRID BERNSTORFF, an Infant, by FRITZ F. BERNSTORFF, Her Guardian ad Litem, et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Individually and as Trustee, Appellant.— Action by the infant plaintiff, by her guardian ad litem, to recover damages for personal injuries sustained as the result of the alleged negligence of defendant in installing a radiator from five and a half inches to seven inches from a wall so that thereby the infant was enabled to squeeze her body between the rear of the radiator and the wall and thus come in contact with the radiator and sustain burns; and by the father of the infant for medical expenses and loss of services. Judgment reversed on the law and the facts, without costs, and the complaint dismissed on the law, without costs. There was no actionable negligence. In any event the verdict is contrary to the weight of the credible evidence. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

ELIZABETH C. HUTCHINSON et al., Respondents, v. CITY OF NEW YORK, Appellant.— Appeal by defendant from a judgment in favor of plaintiffs in an action to recover damages for personal injuries suffered by them when an automobile in which they were passengers collided with a pillar at or near the center of lower Fulton Street, Brooklyn. The pillar was one of several which supported an elevated railway. Verdicts were rendered in favor of plaintiff Elizabeth C. Hutchinson for $14,000, and in favor of plaintiff Beatrice A. Mosher for $300. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event. The verdicts are against the weight of the credible evidence. Carswell, Acting P. J., Johnston, Adel and Aldrich, JJ., concur; Lewis, J., not voting.